# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0166**
Julian Brett Watson v. State of Alabama (Appeal from Autauga Circuit Court:
CC-08-247.60)

## <u>NOTICE</u>

      You are hereby notified that on December 1, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk